JS-6

Keith A. Dawson, Atty. Bar No. 074310
DAWSON & DAWSON,
A Professional Corporation
2660 East Coast Highway
Corona Del Mar, CA  92625
(949) 720-9414

Attorney for Defendant
Newmar Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| CHANDLER ENTERPRISES OF MONTANA, INC., a corporation,<br><br>                     Plaintiff,<br><br>v.<br><br>NEWMAR CORPORATION, a corporation; GIANT INLAND EMPIRE RV CENTER dba GIANT RV; and DOES 1 through 20, inclusive,<br><br>                     Defendants. | Case No.: 5:08-cv-00152-SGL-JCR<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)<br><br><br><br><br><br>Complaint Filed: 2/5/2008<br>Trial Date:      11/17/2009 |

**ORDER**

The Court having considered the Stipulation for Dismissal of the parties, this action is dismissed in its entirety and with prejudice pursuant to FRCP 41(a)(1)(ii). IT IS SO ORDERED.

Dated: ~~September~~ October 22, 2009

                                    /s/ S.G. Larson
                                    Honorable Stephen G. Larson
                                    United States District Judge
                                    Central District of California

1

[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL